# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alvin B. Truesdale,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-634-RLV
3:92-cr-00034-RLV

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 29, 2012 Order.

Signed: May 29, 2012

Frank G. Johns, Clerk
United States District Court